**United States Bankruptcy Court**
**Northern District of Indiana, South Bend Division**

IN RE:

Kwitchurbeliakin, LLC
_____
Debtor(s)

Case No. _____

Chapter __11__

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: 3-4-10        Signature: _Todd Apfel, Vice President_        Debtor

Date: _____        Signature: _____        Joint Debtor, if any

```
Bradley Adamsky, Esq
Newby, Lewis, Kaminski & Jones, LLP
PO Box 1816
La Porte, IN  46352-1816


Laporte Savings Bank
PO Box 548
La Porte, IN  46352-0548


Regional Development Corp
5997 Carlson Ave
Portage, IN  46368-1309
```