**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| IN RE:  KWITCHURBELIAKIN, LLC | ) | CHAPTER 11 BANKRUPTCY |
| | ) | |
| | ) | CASE NO. 10-30824 |
| Debtor | ) | |

**NOTICE OF AMENDMENT**

Comes now the debtor, by counsel, and files its Amended Voluntary Petition to delete the alias d/b/a Thunderbird Lanes.

*/s/ Rosalind G. Parr*
Rosalind G. Parr, #6270-45
Attorney for Debtor
105 W. 86th Avenue
Merrillville, IN 46410
(219) 756-3316

**CERTIFICATE OF SERVICE**

I certify that on March 10, 2010, a true and correct copy of the above document was served electronically upon the U.S. Trustee.

*/s/ Rosalind G. Parr*
Rosalind G. Parr