**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO.: 10-30824** |
| | ) | |
| **KWITCHURBELIAKIN, LLC** | ) | **CHAPTER 11** |
| *DBA* **THUNDERBIRD LANES** | ) | |
| | ) | |
| **Debtor.** | ) | |

## ORDER

The Court having reviewed LaPorte Savings Bank's Motion for Expedited Hearing and finding the motion should be granted,

The Court hereby sets the matter for expedited hearing on the _____ at __:00 _.m.

Dated this _____ day of March, 2010.

_____
Judge, U.S. Bankruptcy Court for the Northern
District of Indiana, South Bend Division