UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN RE; | ) |
| | ) Chapter 11 |
| KWITCHURBELIAKIN, LLC | ) |
| | ) Case No. 10-30824 |
| Debtor | ) |

### NOTICE OF APPEAL

The debtor Kwitchurbeliakin, LLC appeals under 28 U.S.C. §158(a) from the order of the bankruptcy judge entered in this bankruptcy proceeding appointing a trustee on March 23, 2010.

The names of all parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

1. U.S. Trustee Nancy J. Gargula
   Alexander Edgar, Assistant U.S. Trustee
   Office of the U. S. Trustee
   100 E. Wayne Street, Suite 555
   South Bend, IN 46601
   (574) 236-8105, Ext. 116

2. LaPorte Savings Bank
   Bradley J. Adamsky
   Mark L. Phillips
   Newby, Lewis, Kaminski & Jones, LLP
   916 Lincolnway
   P.O. Box 1816
   LaPorte, IN 46352-1816
   (219) 362-1577

Dated: April 1, 2010

*Rosalind G. Parr*
ROSALIND G. PARR
Attorney for Debtor
105 W. 86th Avenue
Merrillville, IN 46410-7063
Telephone: (219) 756-3316
Fax: (219) 756-2613
Email: nwibankruptcy@yahoo.com