# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN RE; | ) | |
| | ) | Chapter 11 |
| KWITCHURBELIAKIN, LLC | ) | |
| | ) | Case No. 10-30824 |
| Debtor | ) | |

## DESIGNATION BY APPELLANT KWITCHURBELIAKIN, LLC OF ITEMS FOR INCLUSION IN THE RECORD ON APPEAL AND STATEMENT OF ISSUES ON APPEAL

Kwitchurbeliakin, LLC submits its Designation of Items for Inclusion in the Record on Appeal and Appellant's Statement of Issues on Appeal as follows:

### ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

| Filing Date | No. | Docket Text |
|---|---|---|
| 3/4/10 | 1 | Chapter 11 Voluntary Petition |
| 3/4/10 | 2 | List of Creditors |
| 3/4/10 | 3 | List of 20 Largest Unsecured Creditors |
| 3/4/10 | 5 | Notice of Meeting of Creditors |
| 3/5/10 | 7 | Notice of Status and Obligations of Debtor-in-Possession |
| 3/9/10 | 16 | Motion to Appoint Trustee filed by Creditor LaPorte Savings Bank |
| 3/9/10 | 20 | Amended Petition |
| 3/9/10 | 21 | Notice of Amendment |
| 3/12/10 | 24 | Motion to Expedite Hearing filed by Creditor LaPorte Savings Bank |
| 3/12/10 | 25 | Debtors Objection to Motion to Appoint Trustee and Motion to Expedite Hearing |

| 3/15/10 | 26 | Order Granting Motion to Expedite Hearing |
| 3/15/10 | 27 | Order Setting Expedited Hearing |
| 3/22/10 |  | Transcript of Hearing held and all exhibits admitted into evidence |
| 3/23/10 | 32 | Court Minutes and Order Appointing Trustee |
| 3/26/10 | 36 | Schedules and Statement of Financial Affairs |
| 3/30/10 | 38 | Amended Schedules and Statement of Financial Affairs |
| 3/30/10 | 39 | Notice of Amendment to Schedules and Statement of Financial Affairs |
| 4/1/10 | 41 | Notice of Appeal to U S. District Court |

## STATEMENT OF THE ISSUES ON APPEAL

A.    Whether the Bankruptcy Court erred in granting LaPorte Savings Bank's motion for the appointment of a trustee.

ROSALIND G. PARR
Attorney for Debtor
105 W. 86th Avenue
Merrillville, IN 46410-7063
(219) 756-3316

## CERTIFICATE OF SERVICE

I certify that on the 15th day of April, 2010 service of a true and correct copy of the above and foregoing document was served electronically upon the U.S. Trustee, Alexander Edgar, Asst. U.S. Trustee, Bradley Adamsky, attorney for LaPorte Savings Bank, David Capp, attorney for the Small Business Administration and by first class mail postage prepaid upon the creditors and all interested parties on the attached creditor's matrix.

Rosalind G. Parr

Label Matrix for local noticing
0755-3
Case 10-30824-hcd
Northern District of Indiana
South Bend Division
Fri Apr  2 16:22:50 EDT 2010

Alexander L. Edgar
Office of the U.S. Trustee
One Michiana Square
Fifth Floor
100 E. Wayne Street
South Bend, IN 46601-2349

Indiana Employment Security Division
10 North Senate Street
Indianapolis, IN 46204-2201


LAPORTE SAVINGS BANK
PO BOX 548
LAPORTE IN  46352-0548


Rosalind G. Parr(JLS)
105 W. 86th Ave.
Merrillville, IN 46410-7063


Secretary of Treasury
15th & Pennsylvania Avenue
Washington DC 20220-0001

Bradley J. Adamsky
Newby, Lewis, Kaminski & Jones, LLP
916 Lincolnway
P.O. Box 1816
LaPorte, IN 46352-1816

Nancy J. Gargula
One Michiana Square Building
Suite 555
100 East Wayne Street
South Bend, IN 46601-2394

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326


LaPorte County Treasurer
555 Michigan Avenue, Suite 102
LaPorte IN 46350-3491


Mark L. Phillips
P.O. Box 1816
Laporte, IN 46352-1816


Securities & Exchange Commission
Bankruptcy Section
175 W. Jackson Blvd., Suite 900
Chicago IL 60604-2815

SHELBY ADAMSKY ESQ
NEWBY LEWIS KAMINSKI & JONES LLP
PO BOX 1816
LAPORTE IN  46352-1816


Indiana Department of Revenue
Bankruptcy Section, N-240
100 North Senate Avenue
Indianapolis IN 46204-2273


Kwitcherbeliakin, LLC
355 Canterbury Drive
LaPorte, IN 46350-1917


Office of the U.S. Attorney
5400 Federal Plaza, Suite 1500
Hammond, IN 46320-1843


REGIONAL DEVELOPMENT CORP
5997 CARLSON AVENUE
PORTAGE IN  46368-1309


U S Small Business Administration
c/o Francine Protogere
8500 Keystone Crossing Ste 400
Indianapolis IN 46240-2460


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Internal Revenue Service
P. O. Box 21126
Philadelphia PA 19114


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Harry C. Dees, Jr.                    (u)La Porte Savings Bank              End of Label Matrix
                                                                               Mailable recipients    17
                                                                               Bypassed recipients     2
                                                                               Total                  19