UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN RE; | ) | |
| | ) | Chapter 11 |
| KWITCHURBELIAKIN, LLC | ) | |
| | ) | Case No. 10-30824 |
| Debtor | ) | |

## STATEMENT OF INSIDER COMPENSATION

Pursuant to Northern District of Indiana Local Bankruptcy Rule B-1007-3, Debtor submits this Statement of Insider Compensation as follows:

1. Todd Apfel and Luise Lesser are the sole members of debtor, a limited liability company.

2. None of the members received any compensation during the year prior to the order for relief entered on March 6, 2010.

3. None of the members will receive any compensation while this case is pending.

Dated: April 19, 2010

Rosalind G. Parr
Attorney for Debtor
105 W. 86th Avenue
Merrillville, IN 46410
(219) 756-3316

I affirm under penalties of perjury that the above and foregoing representations are true.

                                                              TODD APFEL, Vice-President