UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| KWITCHURBELIAKIN, LLC | ) | CASE NO. 10-30824 |
| | ) | CHAPTER 11 |
| DEBTOR(S) | ) | |

NOTICE OF TRANSMITTAL

At South Bend, Indiana on April 30, 2010.

Notice of Appeal in this case having been filed on April 1, 2010, and the time to file a designation of the record and issues on appeal pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure having passed, the following documents are now transmitted to the Clerk of the United States District Court for the Northern District of Indiana, South Bend Division:

| DOCUMENT NO. | DESCRIPTION OF DOCUMENT |
|---|---|
| Docket | Docket case number  10-30824 |
| 1 | Chapter 11 Voluntary Petition filed by the Debtor on March 4, 2010 |
| 2 | List of Creditors filed by the Debtor on March 4, 2010 |
| 3 | List of 20 Largest Unsecured Creditors filed by the Debtor on March 4, 2010 |
| 5 | Section 341 Notice of  Meeting of Creditors issued March 5, 2010 |
| 7 | Notice of Status and Obligations of Debtor-in-Posession issued March 5, 2010 |
| 17 | Motion to Appoint Trustee filed by Creditor LaPorte Savings Bank on March 9, 2010 |
| 20 | Amended Chapter 11 Voluntary Petition filed by the Debtor on March 10, 2010 |
| 24 | Motion to Expedite Hearing filed by Creditor LaPorte Savings Bank |
| 25 | Debtor's Objection to Motion to Appoint Trustee and Motion to Expedite Hearing filed on March 12, 2010 |
| 26 | Order Granting Motion to Expedite Hearing entered on March 12, 2010 |
| 27 | Order Setting Expedited Hearing issued March 15, 2010 |
| 32 | Court Minutes Granting Motion to Appoint Trustee entered on March 23, 2010 |
| 36 | Schedules and Statement of Financial Affairs filed by the Debtor on March 26, 2010 |

10-30824 Kwitchurbeliakin, LLC
Notice of Transmittal Page Two

| DOCUMENT NO. | DESCRIPTION OF DOCUMENT |
|---|---|
| 39 | Notice of Amendment to Schedules and Statement of Financial Affairs filed by the Debtor on  March 30, 2010 |
| 41 | Notice of Appeal to U.S. District Court filed by the Debtor on April 1, 2010 |
| 51 | Appellant Designation of Contents filed by the Debtor on April 15, 2010 |
| 60 | Notice of Transmittal entered on April 30, 2010 |

CHRISTOPHER M. DE TORO, CLERK
UNITED STATES BANKRUPTCY COURT

BY:   /s/  Linda S. Hepler
      Linda S. Hepler, Deputy Clerk

Copy by United States Mail (or via Electronic Mail) on April 30, 2010:
United States Trustee, at ustpregion10.so.ecf@usdoj.gov
Rosalind G. Parr, Esq., at nwibankruptcy@yahoo.com
Bradley J. Adamsky, Esq., at bjadamsky@nlkj.com