

Kwitchurbeliakin LLC

# Status Report

Kwitchurbeliakin LLC

# Status Report
# April - August 2010

## Brief Overview

Despite a few setbacks that occurred during the early part of the summer (explained in detail later in this report) we are happy to report that Kwitchurbeliakin, LLC had a net income of $718.58 over what was budgeted.  We feel confident going into the final 4 months of 2010 that this trend will continue.

## Month by Month Review

- April 2010 - Our income for the month was $1,341 over budget, while our total expenses were $434 under budget.
- May 2010 - Our income for the month was at budget, while our expenses were $13,710.26 under budget.  This was mainly due to the fact that we were not directed to pay our Bank Note Payable of $13,276.27.
- June 2010 - On Wednesday June 23rd, a severe storm with what was described by the U.S. Weather Service as "Straight Line Winds" went through our area.  This storm knocked out our power from Wednesday evening through Sunday June 27th.  We also sustained structural damage to the building and front sign from the storm.  Although we spent $1,744.90 ($744.90 over budget) to make initial repairs to the center we were still $2,928.54 under budget.  This was mainly due to the fact that we were not directed to pay our Bank Note Payable of $3,673.44.
- July 2010 - Due to the repairs needed from the June 23rd storm we were $10,871.11 over budget in expenses.
- August 2010 - Due to property taxes that were not budgeted for we were $6,824.11 over our expense budget this month.

## September - December 2010 Budget

In creating our budget for the final 4 months of 2009 we decided to go through our September 2009 - December 2009 P&L for a starting point.  Below are some bullet points that also outline how we established the budget.

- As with our current budget we've taken a look at our current trends and adjusted some numbers accordingly.  We used this method when we created our current status, which our P&L for April - August show was pretty accurate.
- Although we show a Net Loss of $3,555.08 for September - December, the Net Income will balance out and go into the positive by the 2nd quarter of 2011 when the league season ends for Arnie's Bowling & Recreation Center, Inc.  Our goal is also to keep the Repairs and Maintenance to the building low enough during the September - December period so that we could show a Net Profit by the end of the 2010 budget year.

Kwitchurbeliakin LLC

## Summary

In looking over the Status Report from Arnie's Bowling and Recreation Center for April - August 2010 we feel confident that their plan is strong for the final 4 months of 2010 and that they will be able to keep making their Rent Income.

- We will be able to rewrite the lease agreement with Arnie's Bowling and Recreation Center to increase rent by $2,000 per month from September - April to cover some of the losses that have incurred in the past.
- Due to her deteriorating health issues, Luise Lesser is talking to an interested party to purchase her share of Kwitchurbeliakin, LLC.  As of this report this hasn't happened but her and the party she is talking to do have come a verbal agreement on terms and are in process of have papers being written up.

| Account Number | Income | April 2010 | April 2009 | Difference 10 vs. 09 | | April Budget | Difference |
|---|---|---|---|---|---|---|---|
| 4010 | Rent Income | $ 13,000.00 | $ 13,000.00 | $        - | 0% | $ 13,000.00 | $        - |
| 4015 | Miscellaneous Income | $ 1,341.00 | $        - | $ 1,341.00 | 100% | $        - | $ 1,341.00 |
| | Total | $ 14,341.00 | $ 13,000.00 | $ 1,341.00 | 10% | $ 13,000.00 | $ 1,341.00 |

| Account Number | Expenses | April 2010 | April 2009 | Difference 10 vs. 09 | | April Budget | Difference |
|---|---|---|---|---|---|---|---|
| 4300 | Miscellaneous Expenses | $        - | $        - | $        - | 0% | $        - | $        - |
| | Total Cost of Goods Sold | $        - | $        - | $        - | 0% | $        - | $        - |
| | Gross Profit | $ 14,341.00 | $ 13,000.00 | $ 1,341.00 | 10% | $ 13,000.00 | $ 1,341.00 |
| 5010 | Taxes | $        - | $        - | $        - | 0% | $        - | $        - |
| 5020 | Bank Notes Payable | $        - | $ 13,276.27 | $ (13,276.27) | -100% | $        - | $        - |
| 5430 | Parking Lot Maintenance | $        - | $ 66.00 | $ (66.00) | -100% | $        - | $        - |
| 5440 | Repairs & Maint. Building | $ 566.00 | $ 86.50 | $ 479.50 | 554% | $ 1,000.00 | $ (434.00) |
| 5530 | Outside Services | $        - | $        - | $        - | 0% | $        - | $        - |
| 5560 | Insurance General | $ 775.00 | $ 333.95 | $ 441.05 | 132% | $ 775.00 | $        - |
| 5570 | Legal and Accounting | $        - | $        - | $        - | 0% | $        - | $        - |
| 5580 | License & Permits | $        - | $        - | $        - | 0% | $        - | $        - |
| 5590 | Property Taxes | $        - | $        - | $        - | 0% | $        - | $        - |
| | Total Expenses | $ 1,341.00 | $ 13,762.72 | $ (12,421.72) | -90% | $ 1,775.00 | $ (434.00) |
| | Net Income | $ 13,000.00 | $ (762.72) | $ 13,762.72 | | $ 11,225.00 | $ 1,775.00 |
| | | 91% | -6% | | | 86% | |

| Account Number | Income | May 2010 | May 2009 | Difference 10 vs. 09 | | May Budget | Difference |
|---|---|---|---|---|---|---|---|
| 4010 | Rent Income | $ 9,000.00 | $ 13,000.00 | $ (4,000.00) | -31% | $ 9,000.00 | $ - |
| 4015 | Miscellaneous Income | $ - | $ - | $ - | 0% | $ - | $ - |
| | Total | $ 9,000.00 | $ 13,000.00 | $ (4,000.00) | -31% | $ 9,000.00 | $ - |

| | Expenses | May 2010 | May 2009 | Difference 10 vs. 09 | | | |
|---|---|---|---|---|---|---|---|
| 4300 | Miscellaneous Expenses | $ - | $ - | $ - | 0% | $ - | $ - |
| | Total Cost of Goods Sold | $ - | $ - | $ - | 0% | $ - | $ - |
| | Gross Profit | $ 9,000.00 | $ 13,000.00 | $ (4,000.00) | -31% | $ 9,000.00 | $ - |
| 5010 | Taxes | $ - | $ - | $ - | 0% | $ - | $ - |
| 5020 | Bank Notes Payable | $ - | $ 13,276.27 | $ (13,276.27) | -100% | $ 13,276.27 | $ (13,276.27) |
| 5430 | Parking Lot Maintenance | $ - | $ - | $ - | 0% | $ - | $ - |
| 5440 | Repairs & Maint. Building | $ 566.01 | $ 300.00 | $ 266.01 | 89% | $ 1,000.00 | $ (433.99) |
| 5530 | Outside Services | $ - | $ - | $ - | 0% | $ - | $ - |
| 5560 | Insurance General | $ 775.00 | $ 937.61 | $ (162.61) | -17% | $ 775.00 | $ - |
| 5570 | Legal and Accounting | $ - | $ - | $ - | 0% | $ - | $ - |
| 5580 | License & Permits | $ - | $ - | $ - | 0% | $ - | $ - |
| 5590 | Property Taxes | $ - | $ - | $ - | 0% | $ - | $ - |
| | Total Expenses | $ 1,341.01 | $ 14,513.88 | $ (13,172.87) | -91% | $ 15,051.27 | $ (13,710.26) |
| | Net Income | $ 7,658.99 | $ (1,513.88) | $ 9,172.87 | | $ (6,051.27) | $ 13,710.26 |
| | | 85% | -12% | | | -67% | |

| Account Number | Income | June 2010 | June 2009 | Difference 10 vs. 09 | | June Budget | Difference |
|---|---|---|---|---|---|---|---|
| 4010 | Rent Income | $ 7,000.00 | $ 3,673.44 | $ 3,326.56 | 91% | $ 7,000.00 | $ - |
| 4015 | Miscellaneous Income | $ - | $ - | $ - | 0% | $ - | $ - |
| | Total | $ 7,000.00 | $ 3,673.44 | $ 3,326.56 | 91% | $ 7,000.00 | $ - |

| | Expenses | June 2010 | June 2009 | Difference 10 vs. 09 | | | |
|---|---|---|---|---|---|---|---|
| 4300 | Miscellaneous Expenses | $ - | $ - | $ - | 0% | $ - | $ - |
| | Total Cost of Goods Sold | $ - | $ - | $ - | 0% | $ - | $ - |
| | Gross Profit | $ 7,000.00 | $ 3,673.44 | $ 3,326.56 | 91% | $ 7,000.00 | $ - |
| | | | | | | | |
| 5010 | Taxes | $ - | $ - | $ - | 0% | $ - | $ - |
| 5020 | Bank Notes Payable | $ - | $ 3,673.44 | $ (3,673.44) | -100% | $ 3,673.44 | $ (3,673.44) |
| 5430 | Parking Lot Maintenance | $ - | $ - | $ - | 0% | $ - | $ - |
| 5440 | Repairs & Maint. Building | $ 1,744.90 | $ 118.75 | $ 1,626.15 | 1369% | $ 1,000.00 | $ 744.90 |
| 5530 | Outside Services | $ - | $ - | $ - | 0% | $ - | $ - |
| 5560 | Insurance General | $ 775.00 | $ 874.61 | $ (99.61) | -11% | $ 775.00 | $ - |
| 5570 | Legal and Accounting | $ - | $ - | $ - | 0% | $ - | $ - |
| 5580 | License & Permits | $ - | $ - | $ - | 0% | $ - | $ - |
| 5590 | Property Taxes | $ - | $ - | $ - | 0% | $ - | $ - |
| | Total Expenses | $ 2,519.90 | $ 4,666.80 | $ (2,146.90) | -46% | $ 5,448.44 | $ (2,928.54) |
| | Net Income | $ 4,480.10 | $ (993.36) | $ 5,473.46 | | $ 1,551.56 | $ 2,928.54 |
| | | 64% | -27% | | | 22% | |

| Account Number | Income | | July 2010 | | July 2009 | | Difference 10 vs. 09 | | | July Budget | | Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4010 | Rent Income | $ | 7,000.00 | $ | 3,673.44 | $ | 3,326.56 | 91% | $ | 7,000.00 | $ | - |
| 4015 | Miscellaneous Income | $ | - | $ | - | $ | - | 0% | $ | - | $ | - |
| | Total | $ | 7,000.00 | $ | 3,673.44 | $ | 3,326.56 | 91% | $ | 7,000.00 | $ | - |

| | Expenses | | July 2010 | | July 2009 | | Difference 10 vs. 09 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4300 | Miscellaneous Expenses | $ | - | $ | - | $ | - | 0% | $ | - | $ | - |
| | Total Cost of Goods Sold | $ | - | $ | - | $ | - | 0% | $ | - | $ | - |
| | Gross Profit | $ | 7,000.00 | $ | 3,673.44 | $ | 3,326.56 | 91% | $ | 7,000.00 | $ | - |
| | | | | | | | | | | | | |
| 5010 | Taxes | $ | - | $ | - | $ | - | 0% | $ | - | $ | - |
| 5020 | Bank Notes Payable | $ | - | $ | 3,673.44 | $ | (3,673.44) | -100% | $ | 3,673.44 | $ | (3,673.44) |
| 5430 | Parking Lot Maintenance | $ | - | $ | - | $ | - | 0% | $ | - | $ | - |
| 5440 | Repairs & Maint. Building | $ | 9,885.00 | $ | 66.00 | $ | 9,819.00 | 14877% | $ | 1,000.00 | $ | 8,885.00 |
| 5470 | Building Supplies | $ | 5,309.55 | $ | - | $ | 5,309.55 | 100% | $ | - | $ | 5,309.55 |
| 5530 | Outside Services | $ | - | $ | - | $ | - | 0% | $ | - | $ | - |
| 5560 | Insurance General | $ | 775.00 | $ | 710.00 | $ | 65.00 | 9% | $ | 775.00 | $ | - |
| 5570 | Legal and Accounting | $ | - | $ | - | $ | - | 0% | $ | - | $ | - |
| 5580 | License & Permits | $ | - | $ | - | $ | - | 0% | $ | - | $ | - |
| 5586 | U.S. Trustee Fee | $ | 350.00 | $ | - | $ | 350.00 | 100% | $ | - | $ | 350.00 |
| 5590 | Property Taxes | $ | - | $ | - | $ | - | 0% | $ | - | $ | - |
| | Total Expenses | $ | 16,319.55 | $ | 4,449.44 | $ | 11,870.11 | 267% | $ | 5,448.44 | $ | 10,871.11 |
| | Net Income | $ | (9,319.55) | $ | (776.00) | $ | (8,543.55) | | $ | 1,551.56 | $ | (10,871.11) |
| | | | -133% | | -21% | | | | | 22% | | |

| Account Number | Income | August 2010 | | August 2009 | | Difference 10 vs. 09 | | | August Budget | | Difference | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4010 | Rent Income | $ | 9,000.00 | $ | 3,673.44 | $ | 5,326.56 | 145% | $ | 9,000.00 | $ | - |
| 4015 | Miscellaneous Income | $ | - | $ | - | $ | - | 0% | $ | - | $ | - |
| | Total | $ | 9,000.00 | $ | 3,673.44 | $ | 5,326.56 | 145% | $ | 9,000.00 | $ | - |

| Account Number | Expenses | August 2010 | | August 2009 | | Difference 10 vs. 09 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4300 | Miscellaneous Expenses | $ | - | $ | - | $ | - | 0% | $ | - | $ | - |
| | Total Cost of Goods Sold | $ | - | $ | - | $ | - | 0% | $ | - | $ | - |
| | Gross Profit | $ | 9,000.00 | $ | 3,673.44 | $ | 5,326.56 | 145% | $ | 9,000.00 | $ | - |
| 5010 | Taxes | $ | - | $ | - | $ | - | 0% | $ | - | $ | - |
| 5020 | Bank Notes Payable | $ | - | $ | 3,673.44 | $ | (3,673.44) | -100% | $ | 3,673.44 | $ | (3,673.44) |
| 5430 | Parking Lot Maintenance | $ | - | $ | - | $ | - | 0% | $ | - | $ | - |
| 5440 | Repairs & Maint. Building | $ | 870.17 | $ | 66.00 | $ | 804.17 | 1218% | $ | 1,000.00 | $ | (129.83) |
| 5470 | Building Supplies | $ | - | $ | - | $ | 5,309.55 | 100% | $ | - | $ | - |
| 5530 | Outside Services | $ | - | $ | - | $ | - | 0% | $ | - | $ | - |
| 5560 | Insurance General | $ | 775.00 | $ | 710.00 | $ | 65.00 | 9% | $ | 775.00 | $ | - |
| 5570 | Legal and Accounting | $ | - | $ | - | $ | - | 0% | $ | - | $ | - |
| 5580 | License & Permits | $ | - | $ | - | $ | - | 0% | $ | - | $ | - |
| 5586 | U.S. Trustee Fee | $ | - | $ | - | $ | - | 100% | $ | - | $ | - |
| 5590 | Property Taxes | $ | 10,627.38 | $ | - | $ | 10,627.38 | 0% | $ | - | $ | 10,627.38 |
| | Total Expenses | $ | 12,272.55 | $ | 4,449.44 | $ | 7,823.11 | 176% | $ | 5,448.44 | $ | 6,824.11 |
| | Net Income | $ | (3,272.55) | $ | (776.00) | $ | (2,496.55) | | $ | 3,551.56 | $ | (6,824.11) |
| | | -36% | | -21% | | | | | 39% | | | |

| Account Number | Income | April - August 2010 Actual Totals | April - August 2009 Actual Totals | April - August 2010 Budget | April - August Actual vs. Budget |
|---|---|---|---|---|---|
| 4010 | Rent Income | $ 45,000.00 | $ 37,020.32 | $ 45,000.00 | $ - |
| 4015 | Miscellaneous Income | $ 1,341.00 | $ - | $ - | $ 1,341.00 |
| | Total | $ 46,341.00 | $ 37,020.32 | $ 45,000.00 | $ 1,341.00 |
| | | | | | |
| | **Expenses** | | | | |
| 4300 | Miscellaneous Expenses | $ - | $ - | $ - | $ - |
| | Total Cost of Goods Sold | $ - | $ - | $ - | $ - |
| | Gross Profit | $ 46,341.00 | $ 37,020.32 | $ 45,000.00 | $ 1,341.00 |
| | | | | | |
| 5010 | Taxes | $ - | $ - | $ - | $ - |
| 5020 | Bank Notes Payable | $ - | $ 37,572.86 | $ 24,296.59 | $ (24,296.59) |
| 5430 | Parking Lot Maintenance | $ - | $ 66.00 | $ - | $ - |
| 5440 | Repairs & Maint. Building | $ 13,632.08 | $ 637.25 | $ 5,000.00 | $ 8,632.08 |
| 5470 | Building Supplies | $ 5,309.55 | $ - | $ - | $ 5,309.55 |
| 5530 | Outside Services | $ - | $ - | $ - | $ - |
| 5560 | Insurance General | $ 3,875.00 | $ 3,566.17 | $ 3,875.00 | $ - |
| 5570 | Legal and Accounting | $ - | $ - | $ - | $ - |
| 5580 | License & Permits | $ - | $ - | $ - | $ - |
| 5586 | U.S. Trustee Fee | $ 350.00 | $ - | $ - | $ 350.00 |
| 5590 | Property Taxes | $ 10,627.38 | $ - | $ - | $ 10,627.38 |
| | Total Expenses | $ 33,794.01 | $ 41,842.28 | $ 33,171.59 | $ 622.42 |
| | Net Income | $ 12,546.99 | $ (4,821.96) | $ 11,828.41 | $ 718.58 |
| | | 27% | -13% | 26% | |

| Account Number | Income | September 2009 | October 2009 | November 2009 | December 2009 | September Budget | October Budget | November Budget | December Budget |
|---|---|---|---|---|---|---|---|---|---|
| 4010 | Rent Income | $ 3,673.44 | $ - | $ - | $ - | $ 13,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 |
| 4015 | Miscellaneous Income | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | Total | $ 3,673.44 | $ - | $ - | $ - | $ 13,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 |

| Account Number | Expenses | September 2009 | October 2009 | November 2009 | December 2009 | September Budget | October Budget | November Budget | December Budget |
|---|---|---|---|---|---|---|---|---|---|
| 4300 | Miscellaneous Expenses | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | Total Cost of Goods Sold | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | Gross Profit | $ 3,673.44 | $ - | $ - | $ - | $ 13,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 |
| 5010 | Taxes | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 5020 | Bank Notes Payable | $ 3,673.44 | $ - | $ - | $ - | $ 13,276.27 | $ 13,276.27 | $ 13,276.27 | $ 13,276.27 |
| 5430 | Parking Lot Maintenance | $ - | $ - | $ - | $ 245.00 | $ - | $ - | $ 500.00 | $ 500.00 |
| 5440 | Repairs & Maint. Building | $ 300.00 | $ 144.62 | $ 400.00 | $ - | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 |
| 5470 | Building Supplies | $ - | $ 700.00 | $ 485.00 | $ 15.00 | $ - | $ - | $ - | $ - |
| 5530 | Outside Services | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 5560 | Insurance General | $ 710.00 | $ 775.00 | $ 775.00 | $ 775.00 | $ 775.00 | $ 775.00 | $ 775.00 | $ 775.00 |
| 5570 | Legal and Accounting | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 5580 | License & Permits | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 5586 | U.S. Trustee Fee | $ - | $ - | $ - | $ - | $ - | $ 350.00 | $ - | $ - |
| 5590 | Property Taxes | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | Total Expenses | $ 4,683.44 | $ 1,619.62 | $ 1,660.00 | $ 1,035.00 | $ 15,051.27 | $ 15,401.27 | $ 15,551.27 | $ 15,551.27 |
| | Net Income | $ (1,010.00) | $ (1,619.62) | $ (1,660.00) | $ (1,035.00) | $ (2,051.27) | $ (401.27) | $ (551.27) | $ (551.27) |
| | | -27% | -100% | -100% | -100% | -16% | -3% | -4% | -4% |

| Account Number | Income | 4 Month Total 2009 | 4 Month Total Budget | September 2010 | Difference Sept vs. Budget |
|---|---|---|---|---|---|
| 4010 | Rent Income | $ 3,673.44 | $ 58,000.00 | $ - | $ (13,000.00) |
| 4015 | Miscellaneous Income | $ - | $ - | $ - | $ - |
| | Total | $ 3,673.44 | $ 58,000.00 | $ - | $ (13,000.00) |

| | Expenses | October 2009 | | August 2010 | |
|---|---|---|---|---|---|
| 4300 | Miscellaneous Expenses | $ - | $ - | $ - | $ - |
| | Total Cost of Goods Sold | $ - | $ - | $ - | $ - |
| | Gross Profit | $ 3,673.44 | $ 58,000.00 | $ - | $ (13,000.00) |
| | | | | | |
| 5010 | Taxes | $ - | $ - | $ - | $ - |
| 5020 | Bank Notes Payable | $ 3,673.44 | $ 53,105.08 | $ - | $ (13,276.27) |
| 5430 | Parking Lot Maintenance | $ 245.00 | $ 1,000.00 | $ - | $ - |
| 5440 | Repairs & Maint. Building | $ 844.62 | $ 4,000.00 | $ - | $ (1,000.00) |
| 5470 | Building Supplies | $ 1,200.00 | $ - | $ - | $ - |
| 5530 | Outside Services | $ - | $ - | $ - | $ - |
| 5560 | Insurance General | $ 3,035.00 | $ 3,100.00 | $ 775.00 | $ - |
| 5570 | Legal and Accounting | $ - | $ - | $ - | $ - |
| 5580 | License & Permits | $ - | $ - | $ - | $ - |
| 5586 | U.S. Trustee Fee | $ - | $ 350.00 | $ - | $ - |
| 5590 | Property Taxes | $ - | $ - | $ - | $ - |
| | Total Expenses | $ 8,998.06 | $ 61,555.08 | $ 775.00 | $ (14,276.27) |
| | Net Income | $ (5,324.62) | $ (3,555.08) | $ (775.00) | $ 1,276.27 |
| | | -145% | -6% | -100% | |