UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| KWITCHURBELIAKIN, LLC | ) | CASE NO. 10-30824 |
| | ) | CHAPTER 11/dlh |
| | ) | |
| Debtor(s) | ) | |

## COURT MINUTES REGARDING STATUS

**NATURE OF PROCEEDINGS:** Hearing on LaPorte Savings Bank's Request for Status Conference

**DATE & TIME:** September 21, 2010 at 1:30 pm.     **DOCUMENT NO.** 75

**APPEARANCES:**
ATTORNEY FOR DEBTOR(S): ROSALIND PARR, ESQ. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Present
LAPORTE SAVINGS BANK, BY: BRADLEY ADAMSKY, ESQ. . . . . . . . . . . . . . . . . . . . . . . . . . . . . Present
UNITED STATES TRUSTEE NANCY J. GARGULA BY: ALEXANDER L. EDGAR, ESQ. . . . . . . . Present
SMALL BUSINESS ADMINISTRATION, BY: ROBIN MORLOCK, ESQ. . . . . . . . . . . . . . . . . . . . . . Present

---

Status Conference on LaPorte Savings Bank's Request was held in South Bend, Indiana, on September 21, 2010. Hearing was attended by debtor's counsel, Rosalind Parr, counsel for LaPorte Savings Bank, Brad Adamsky, Robin Morlock on behalf of the Small Business Administration, and Assistant United States Trustee, Alex Edgar.

The court looks forward to the appointment of Ms. Jacqueline Homann, Esq., as chapter 11 trustee, within the next two weeks.

SO ORDERED
DATED:   September 22, 2010

_Harry C. Dees_    C11
Harry C. Dees, Jr., Judge
United States Bankruptcy Court